# United States District Court
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 3:23-CR-0494-S |
| | § | |
| NATHAN LAMAR BRADSHAW (1) | § | |

### ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE
### UNITED STATES MAGISTRATE JUDGE CONCERNING PLEA OF GUILTY

After reviewing all relevant matters of record, including the Report and Recommendation Concerning Plea of Guilty of the United States Magistrate Judge [ECF No. 99], and Defendant's Waiver of 14-Day Objection Period for Plea Before a Magistrate Judge [ECF No. 97], the Court is of the opinion that the Report and Recommendation of the Magistrate Judge concerning the Plea of Guilty is correct, and it is hereby accepted. Accordingly, the Court accepts the plea of guilty, and **Nathan Lamar Bradshaw,** is hereby adjudged guilty of **Count 1** of the **Indictment,** that is **Conspiracy to Possess with Intent to Distribute a Schedule II Controlled Substance,** in violation of **21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(C).** Sentence will be imposed in accordance with the Court's Scheduling Order.

The Government has recommended that no sentence of imprisonment be imposed, and the Court finds by clear and convincing evidence that the Defendant is not likely to flee or pose a danger to any other person or the community if released. The Defendant should therefore be released under 18 U.S.C. § 3143(a)(2).

**SO ORDERED.**

SIGNED May 18, 2026.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**